No. 541. DAVENPORT *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Norman D. Lane* for petitioner. *Acting Solicitor General Spritzer* for the United States.

No. 543. DETROIT EDISON CO. ET AL. *v.* EAST CHINA TOWNSHIP SCHOOL DISTRICT No. 3 ET AL. C. A. 6th Cir. Certiorari denied. *Harvey Fischer, Richard Ford, P. W. McQuillen* and *P. M. Brown* for petitioners. *Richard B. Gushee* for respondents.

No. 545. GRAIN ELEVATOR, FLOUR & FEED MILL WORKERS, INTERNATIONAL LONGSHOREMEN ASSOCIATION, LOCAL 418, AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied. *Henry Kaiser, George Kaufmann, Ronald Rosenberg, Irving M. Friedman* and *Harold A. Katz* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli, Norton J. Come, Solomon I. Hirsh* and *Eugene B. Granof* for respondent.

No. 547. NORTHWEST ENGINEERING CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. *Walter S. Davis* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for National Labor Relations Board, and *Bernard Kleiman, Elliot Bredhoff, Michael Gottesman* and *George Cohen* for United Steelworkers of America, AFL–CIO, respondents.

No. 549. SIEGELSON *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Fred Queller* and *Robert L. Cohen* for petitioner. *Frank S. Hogan* and *Michael Juviler* for respondent.